MICHAEL ROGERS *vs.* JONATHAN P. BISHOP & another.

The execution of a bond to dissolve an attachment on mesne process does not estop the surety to assert his own title in the property so attached against a subsequent attachment thereof by the obligee.

ACTION OF TORT for the conversion of personal property. At the trial in the court of common pleas it appeared that this property was attached on a writ in favor of Bishop against the plaintiff's son, together with property of the latter, and was claimed by the plaintiff of the attaching officer; that the plaintiff as surety and his son as principal gave bond to dissolve that attachment, and that after such dissolution the property was again attached and sold on another writ in favor of Bishop, which was the tort now sued for.

The defendants contended that the plaintiff by the execution of that bond had estopped himself to deny that the property now claimed by him was his son's, or to set up a title in himself. But *Perkins*, J. ruled that he was not so estopped; the jury returned a verdict for the plaintiff, and the defendants alleged exceptions.

*G. A. Somerby*, for the defendants, cited *Dewey* v. *Field*, 4 Met. 381; *Platt* v. *Squire*, 12 Met. 494; *Fay* v. *Valentine*, 12 Pick. 40.

THE COURT, stopping *B. F. Butler & N. St. J. Green*, for the plaintiff, Overruled the exceptions.